

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

## NO. 2-10-150-CV

IN RE GERALD ANTHONY WRIGHT                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. This court does not have jurisdiction to issue a writ of mandamus against either of the respondents except to protect our own jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(b) (Vernon 2004); *In re Dunn*, 120 S.W.3d 913, 913 (Tex. App.—Texarkana 2003, orig. proceeding); *see also In re Stickhausen*, 994 S.W.2d 936, 936 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). This court's jurisdiction is not at issue in this case. Accordingly, relator's petition for writ of mandamus is denied.

---

[1] *See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  GARDNER and MCCOY, JJ.

DELIVERED:  May 20, 2010